Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MATTHEW B. RANCK and<br>HEATHER K. RANCK,<br><br>Debtors. | Bankruptcy No. 09-33608 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 1.72% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 10 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City, UT 84125 | $2.37 |



3.  A check in the amount of $2.37 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _1st_ day of December, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _1st_ day of December, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

ND: 4837-4876-2882, v. 1        2